HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEANPIERRE ADAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>REMANN HALL JUVENILE<br>DETENTION CENTER, et al.,<br><br>                Defendants. | CASE NO. C16-5773-RBL<br><br>ORDER GRANTING MOTION FOR A MORE DEFINITE STATEMENT<br><br>[Dkt. #6] |

       THIS MATTER is before the Court on Defendants' Motion for a More Definite Statement under Rule 12(e) [Dkt. #6]. Defendants claim that the current complaint is intentionally vague about the timing of the allegedly discriminatory conduct he suffered while employed at Remann Hall. They surmise that this is an effort to avoid the limitations period applicable to his WLAD claims, and to avoid the preclusive effect of the summary judgment entered against him in a prior, similar case, *Seanpeirre Adams v. Pierce County, et al.*, Cause No. 13-CV-5260RJB [*See* Dkt. #36 in that case].

       The Court is not typically inclined to require a more definite statement. But it does appear that the lack of dates in the Complaint (there is only one—1999, the date Adams was initially

1  hired) is designed to make it impossible to ascertain whether the claims are timely and whether
2  they were or could have been litigated in the prior case.
3      The Motion for a more definite statement is **GRANTED**. Plaintiff shall file an amended
4  complaint reasonably articulating the dates of the allegedly discriminatory conduct, and should
5  plead facts plausibly connecting Defendant McGovern to the non-party actors or to some viable
6  claim of supervisor liability. The Amended Complaint should be filed within **21 days** of this
7  Order.
8      IT IS SO ORDERED.
9      Dated this 18th day of November, 2016.

_____

Ronald B. Leighton
United States District Judge