UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEANPIERRE ADAMS, a married individual residing in Thurston County,<br><br>                    Plaintiff,<br><br>    v.<br><br>REMANN HALL JUVENILE DETENTION CENTER, an entity in Pierce County; and DAVID McGOVERN, a married individual residing in Washington,<br><br>                    Defendants. | CASE NO. C16-5773 RBL<br><br>ORDER ON MOTION FOR SUMMARY JUDGMENT [DKT. 21] |

THIS MATTER is before the Court on Defendants' Motion for Summary Judgment [Dkt. #21]. The Court, having carefully considered the parties' written briefings, oral arguments, and for the reasons stated on the record during oral argument rules as follows:

- Defendants' Motion for Summary Judgment on Plaintiff's <u>FMLA and Washington FLA Claims</u> is **GRANTED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>ADEA Claim</u> is **GRANTED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>§§ 1981–1988 Claims</u> is **GRANTED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>Negligent Hiring and Supervision Claims</u> is **GRANTED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>Outrage Claim</u> is **GRANTED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>ADA Claim</u> is **DENIED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>Title VII Claim</u> is **DENIED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>WLAD Discrimination Claim</u> is **DENIED**.

- Defendants' Motion for Summary Judgment on Plaintiff's <u>WLAD Retaliation Claim</u> is **DENIED**.

Accordingly, Plaintiff's ADA, Title VII, WLAD Retaliation and Discrimination claims remain.

IT IS SO ORDERED.

Dated this 15th day of February, 2018.

Ronald B. Leighton
United States District Judge